**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SEAN A. FAIRWEATHER,<br><br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA STATE PAROLE SUPERVISOR "BAINBRIDGE," et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:25-cv-00427<br><br>(SAPORITO, J.) |

**ORDER**

Now before the court is a report and recommendation by Chief United States Magistrate Judge Daryl F. Bloom, in which he recommends that the plaintiff's pro se amended complaint be dismissed for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).[1] Doc. 23. In particular, Judge Bloom recommends that the plaintiff's claims concerning his parole revocation and resultant sentence be dismissed without prejudice because they are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), and that the plaintiff's claims against

[1] We note that the plaintiff was a prisoner at the time of filing (and he remains so), and that the defendants are all governmental officers or employees of governmental entities. Thus, this action is also subject to dismissal for failure to state a claim under 28 U.S.C. § 1915A(b)(1).

defendant Ossont arising out of a 2017 arrest be dismissed with prejudice because they are barred by the doctrine of res judicata.

The plaintiff has filed objections to Judge Bloom's report and recommendation. Doc. 25; *see also* Doc. 26; Doc. 28; Doc. 29; Doc. 30; Doc. 35. We have conducted a de novo review of the contested portions of the report, but we find the plaintiff's objections to be unpersuasive and without merit. *See* 28 U.S.C. § 636(b)(1); *United States v. McLaughlin*, 607 F. Supp. 3d 522, 529 (M.D. Pa. 2022).

Following an independent review of the report and the record, and having afforded "reasoned consideration" to uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Bloom's analysis to be well-reasoned and fully supported by the record and applicable law, and we find the plaintiff's specific objections to be without merit. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDRED THAT**:

1. The report and recommendation of Judge Bloom (Doc. 23) is

**ADOPTED**;

2. The plaintiff's claims against defendant Michael J. Ossont arising out of his 2017 arrest are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1);

3. The plaintiff's remaining claims concerning his parole revocation and resultant sentence are **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1);

4. Any appeal from this order is deemed to be frivolous and not taken in good faith, *see* 28 U.S.C. § 1915(a)(3); and

5. The clerk shall mark this case as **CLOSED**.

Dated: September 24, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge